IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **THERESA MUSICK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:21-cv-585 |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

Plaintiff hereby files the following Complaint against Defendant United States of America:

### JURISDICTIONAL ALLEGATIONS

1. This is an action for personal injury under the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq.

2. This Court has jurisdiction under 28 U.S.C. § 1346(b). Venue is proper in this district and division under 28 U.S.C. § 1402(b).

3. Plaintiff's claim arises from acts and omissions that occurred at the United States Post Office in Enterprise, Coffee County, Alabama, on November 14, 2018.

4. Coffee County is in the Southern Division of the Middle District of Alabama.

5. Plaintiff is a resident and citizen of Coffee County, Alabama.

6. Plaintiff made her claim in writing to the appropriate agency at the United States Postal Service, Alabama District Tort Claims Coordinator, Post Office Box 906, Birmingham, Alabama 35201-0906 on or about October 19, 2020, on account of the acts and omission alleged herein. The agency received the claim on or about October 30, 2020. The agency failed to respond to the claim within six months, or by April 30, 2021.

## COUNT ONE
### (Negligence)

7. On November 14, 2018, Plaintiff was a business invitee of the United States Post Office in Enterprise, Alabama. The post office is located at 616 Glover Avenue, Enterprise, Alabama 36330.

8. As Plaintiff entered the post office, she walked approximately four feet into the lobby when she slipped and fell forward directly onto her left knee.

9. After the fall, Plaintiff looked in the area where she had slipped and noticed a large puddle of water that had accumulated on the floor. The puddle was approximately 36 inches to 40 inches oval shaped.

10. There were no wet floor signs or other signs in the area warning Plaintiff of the presence of the water on the floor.

11. The water on the floor of the post office caused the floor to be in a defective and unreasonably dangerous condition.

12. The unreasonably dangerous condition of the floor was caused by the negligence, carelessness, and unskillfulness of employees or agents of the Defendant while acting in the line of their duty.

13. Employees or agents of the Defendant negligently maintained, inspected, and/or caused the unreasonably dangerous condition of the floor.

14. Employees or agents of the Defendant negligently failed to warn Plaintiff of the unreasonably dangerous condition of the floor prior to the incident.

15. The unreasonably dangerous condition of the floor had existed for such an unreasonable length of time that employees or agents of Defendant knew or should have known of the condition and been on notice of the condition's existence prior to the incident involving Plaintiff.

16. Employees or agents of the Defendant created or allowed the unreasonably dangerous condition of the floor so notice to the Defendant is presumed by law.

17. At all times material to this action, Defendant owed members of the public who came upon its premises, including Plaintiff, a duty to exercise ordinary care in keeping its premises safe, to warn of the existence of any hazards on its premises, and to remove any hazards that existed on its premises.

18. At the time of the incident, Plaintiff fell even though she exercised ordinary care for her own personal safety because she lacked knowledge of the hazard created due to Defendant's negligent actions or inactions.

19. As a proximate result of the previously described negligence, for which Defendant United States of America is liable, Plaintiff suffered injuries to her left knee, leg, and other areas of the body; physical pain and suffering; permanent impairment and disability; mental anguish; loss of enjoyment of life; expense of medical care and treatment; lost wages; and other damages. These losses are permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff prays for a judgment to be entered against Defendant United States of America for compensatory damages in an amount to be determined by the trier of fact, and such other relief to which she may be entitled.

*/s/ Will Morris*
William S. Morris
Attorney for Plaintiff
Alabama State Bar No. ASB-3931-Y85T
MORRIS, CARY, ANDREWS,
TALMADGE & DRIGGERS, LLC
3334 Ross Clark Circle
Dothan, Alabama 36303
Telephone: (334) 702-0000
Facsimile: (334) 673-0077